IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRENDA BOHANNON-GATSON,                                        PLAINTIFF
ADC #712141

v.                     No. 5:14-cv-65-DPM
                       No. 5:14-cv-74-DPM

BERLIN C. JONES, Circuit Court Judge,
Jefferson County, Division I; ROBERT
H. WYATT, JR., Circuit Court Judge,
Jefferson County, Division II; BLASIUS
AWONSANG, Parole and Probation
Officer; TONYA LEMONS, Parole and
Probation Officer; GARY AUSTIN,
Public Defender; ROBERT CORTINEZ,
Public Defender Conflict Attorney                              DEFENDANTS

JUDGMENT

Bohannon-Gatson's complaint is dismissed without prejudice.

_____
D. P. Marshall Jr.
United States District Judge

17 March 2017